**Order entered August 16, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00579-CR

**EX PARTE WISDOM UKACHUKWU AMANZE**

**On Appeal from the County Criminal Court No. 11**
**Dallas County, Texas**
**Trial Court Cause No. MC16A1895**

## ORDER

Appellant's August 12, 2016 third motion for extension of time to file appellant's brief is

**GRANTED**.  Appellant's brief received by the Clerk on August 11, 2016 is **DEEMED** timely

filed on the date of this order.


/s/     LANA MYERS
          JUSTICE